FILED

04/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0010

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0010

_____

IN RE THE MARRIAGE OF:

DAWN E. PHILLIPS,

      Petitioner and Appellee,

  and

FRANK M. BUCKNUM,

      Respondent and Appellant.

O R D E R

_____

     Counsel for Appellant has filed an unopposed motion for extension to file an opening brief, because the parties have not been able to participate in mediation. Good cause appearing,

     IT IS ORDERED that the motion for extension is GRANTED. Appellant has until June 12, 2020, within which to file the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 6 2020